IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 NOV -1 PM 2:27

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-01-148 |
| vs. | ) |
| CHARLES R. LAWSON, | ) JUDGE BLACK |
| SSN: XXX-XX-6512 | ) |
| Defendant, | ) |
| and | ) |
| Home Run, Inc. | ) |
| Garnishee. | ) |

**ANSWER OF THE GARNISHEE**

__TANA J. LONG__, BEING DULY SWORN DEPOSES AND SAYS:
     (Affiant)

A.   That he/she is the __Off. Mgr / HR__ (state official title, relationship, etc.) of Garnishee, Home Run, Inc..

B.   On __Oct. 28__, 2004, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. __✓__ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

1.   Debtor's pay period is __✓__ weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. __10/10/04__ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. __10/16/04__

10/10/04 thru 10/16/04

2. The amount of the Debtor's net wages are:
   a) Gross Pay                    658.55
   b) Federal Income Tax            48.59
   c) F.I.C.A. Income Tax           44.32
   d) State Income Tax              17.25
   e) Total of tax withholdings    _____
   f) Net Wages ( total is (a) less total of (e))   221.63

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __✓__ Yes _____ No.

If the answer is yes, describe below.

Child Support - Case # 7001343859
75.00 per week deduction

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.
   _____
   _____
   _____

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:
   _____
   _____
   _____

3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):
   _____
   _____
   _____

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

   (2) the Debtor:
   Charles R. Lawson
   4047 Lebanon Rd.
   South Lebanon, OH 45065

   (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_____
Garnishee

Subscribe and sworn to before me this 29th day of Oct, 2004.

_____
Notary Public
My Commission expires: 10/28/07

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

>Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

**and a copy of this Answer to:**

>Deborah F. Sanders
>Assistant United States Attorney
>Southern District of Ohio
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio 43215-2401

**and a copy of this Answer to the Defendant:**

>Charles R. Lawson
>4047 Lebanon Rd.
>South Lebanon, OH 45065