IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) CASE NO: C-1-01-148 |
| vs. | )<br>) |
| CHARLES R. LAWSON, | )<br>) |
| SSN: XXX-XX-6512<br>    Defendant, | )<br>)<br>) |
| and | )<br>) |
| Home Run, Inc. | )<br>) |
| Garnishee. | ) |

### CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR AND ON GARNISHEE

This is to certify under penalty of perjury that on November 02, 2004, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Charles R. Lawson, at his place of employment, Home Run, Inc. located at 1299 Lavelle Drive, Xenia, OH 45385.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on November 03, 2004.

I further certify under penalty of perjury that on October 25, 2004, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Home Run, Inc., Attn: Human Resources, 1299 Lavelle Dr., Xenia, OH 45385.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on October 27, 2004.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    s/ Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Ellen Hines  B. Date of Delivery<br>C. Signature: X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Home Run, Inc.<br>Attn: Human Resources (T. Long)<br>1299 Lavelle Dr.<br>Xenia, OH 45385 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>7003 3110 0005 0228 1658 | |
| PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952 | |

Lawson

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Ellen Hines  B. Date of Delivery: NOV 5 2004<br>C. Signature: X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Home Run, Inc.<br>Attn: Charles Lawson<br>1299 Lavelle Dr.<br>Xenia, OH 45385 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number _____ | |
| PS Form 3811, July 1999     102595-00-M-0952 | |