IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) CASE NO: C-1-01-148 |
| vs. | )<br>) |
| CHARLES R. LAWSON, | )<br>) |
| SSN: XXX-XX-6512<br>    Defendant, | )<br>)<br>) |
| and | )<br>) |
| Home Run, Inc. | )<br>) |
| Garnishee. | )<br>) |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ of Continuing Garnishment on November 1, 2004. The answer states that at the time of the service of the Writ of Continuing Garnishment Garnishee had in his possession, custody or under his control, personal property belonging to and due the Defendant, that Defendant was employed by Home Run, Inc. and that the Defendant received wages from the Garnishee.

The Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay twenty-five percent (25%) of the Defendant's disposable earning (less any court ordered child support) to Plaintiff on a weekly pay period and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

**IT IS FURTHER ORDERED** that the Garnishee pay to the Plaintiff the total amount of disposable earning withheld by the Garnishee from the date of the issuance of the Writ of Continuing Garnishment until the date of this Order.

Dated: 12/15/04

_Timothy S. Black_
UNITED STATES MAGISTRATE JUDGE